

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIAS ALVARADO,<br><br>Defendant. | Case No. 2:20-CR-464-AB<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)] |

On October 24, 2024, Defendant Elias Alvarado made his initial appearance on the petition for revocation of supervised release and warrant for arrest. The Office of the Federal Public Defender, by Claire Kennedy, was appointed to represented him. The government was represented by Assistant U.S. Attorney Aylin Kuzucan.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☐ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

*Given the below, the Court need not make a finding with respect to risk of flight.*

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

Mr. Alvarado has prior convictions involving domestic violence and assault, as well as child sex-related offenses. Mr. Alvarado submitted on the recommendation of Pretrial Services that he be detained. Given that it is his burden in this posture and the information in the Pretrial Services Report, the Court concludes that no conditions can be set that will adequately mitigate the risk to the community.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: October 24, 2024

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE